UNITED STATES BANKRUPTCY COURT
DISTRICT OF NORTHERN OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 18-60723 |
| | ) | |
| TRENTMAN, DAVID | ) | CHAPTER 7 |
| TRENTMAN, KRISTY | ) | |
| | ) | JUDGE KENDIG |
| Debtor(s) | ) | |
| | ) | **MOTION FOR TURNOVER** |

Now comes the Chapter 7 Trustee, Anne Piero Silagy, and respectfully requests the Court to enter an order directing the Debtors to turnover the sum of $4,040.00 from their 2017 income tax refunds.

For cause, the Chapter 7 Trustee states she believes that these refunds are property of the estate and are not exempt.

WHEREFORE, the Chapter 7 Trustee, Anne Piero Silagy, respectfully requests the Court for an order directing the Debtors to turnover the sum of $4,400.00 from their 2017 income tax refunds.

    Respectfully submitted,

/s/Anne Piero Silagy
ANNE PIERO SILAGY
2Chapter 7 Trustee
1225 South Main Street, Suite 1
North Canton, Ohio 44720
Telephone: (330) 526-8221
Facsimile: (330) 526-8231

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NORTHERN OHIO
EASTERN DIVISION

| IN RE: | ) | CASE NO. 18-60723 |
|---|---|---|
| | ) | |
| TRENTMAN, DAVID | ) | CHAPTER 7 |
| TRENTMAN, KRISTY | ) | |
| | ) | JUDGE KENDIG |
| Debtor(s) | ) | |

## NOTICE OF MOTION FOR TURNOVER

Anne Piero Silagy, Chapter 7 Trustee, has filed a Motion for Turnover of Debtors' tax refunds.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have on in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

If you do not want the court to grant the request, then on or before July 12, 2018, you or your lawyer must:

> File with the court a written response to the motion, explaining your position, at:
>
> U.S. Bankruptcy Court
> Ralph Regula Federal Building
> 401 McKinley Ave SW
> Canton, Ohio 44702

If you mail your response to the court for filing, you must mail it early enough so that the court will **receive** it on or before the date stated above.

You must also mail a copy to:

> Anne Piero Silagy, Esq.
> 1225 South Main Street Suite 1
> North Canton, Ohio 44720

And

Office of the United States Trustee
Howard M. Metzenbaum U.S. Court House
201 Superior Avenue
Room 441
Cleveland, Ohio 44114

If you or your attorney do not take these steps, the court may decide that you do not oppose the motion and no hearing will be held.

Dated: June 28, 2018

/s/Anne Piero Silagy
Anne Piero Silagy
1225 South Main Street, Suite 1
North Canton, Ohio 44720
Telephone: (330) 526-8221
Facsimile: (330) 526-8231

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 18-60723 |
| | ) | |
| TRENTMAN, DAVID | ) | CHAPTER 7 |
| TRENTMAN, KRISTY | ) | |
| | ) | JUDGE KENDIG |
| Debtor(s) | ) | |

## CERTIFICATE OF SERVICE

I, Anne Piero Silagy, hereby certify that the foregoing **Motion for Turnover** and **Notice of Motion** was sent by regular U.S. mail, postage prepaid, this **28th day of June, 2018** to the following:

David Trentman
Kristy Trentman
2013 Old Elm St.
Canton, OH 44721

PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541

The Huntington National Bank
PO Box 89424
Cleveland, OH 44101

I, Anne Piero Silagy, hereby certify that the foregoing **Motion for Turnover and Notice of Motion** was electronically transmitted on or about **June 28, 2018** via the Court's CM/ECF system to the following who are listed on the Court's Electric Mail Notice List:

- Robert H. Cyperski, Aty    rcyperski@sbcglobal.net
- Stephen R. Franks    amps@manleydeas.com
- Anne Piero Silagy    asilagycourt@neo.rr.com
- United States Trustee    (Registered address)@usdoj.gov

/s/Anne Piero Silagy
Anne Piero Silagy